# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

   v.

**KEITH V. BROOKS,**
**ERIC P. NERI,**
**CRAIG D. KOONCE, and**
**JOCELYN LATISE PITTS,**

   Defendants.

Case No. 7:13-CR-15 (HL)

## ORDER

Defendants were indicted on May 15, 2013. Defendant Pitts had her initial appearance and arraignment on May 21, 2013. Defendants Brooks, Neri, and Koonce had their initial appearances and arraignments on June 18, 2013. The Government and all Defendants Brooks, Neri, and Koonce have moved the Court to continue this case from the trial term scheduled to begin on July 29, 2013. For the reasons discussed below, the Joint Motion for Continuance (Doc. 70) is granted and the case continued as to all Defendants.

Upon consideration, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants to a speedy trial. The Court further finds that failure to grant a continuance could result in the miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, this case is continued to as to all Defendants to the trial

term currently scheduled to begin on October 29, 2013. Any delay occasioned by this continuance is deemed excludable delay pursuant to 18 U.S.C. § 3161(h).

The parties have also requested an extension of time to file motions in this case. The time for filing motions in this case is extended to September 2, 2013. The Court will set a hearing date for the pending motions to coincide with the pretrial conference in this case, which is currently scheduled for October 1, 2013.

**SO ORDERED,** this 12th day of July, 2013.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh