# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **KEITH BROOKS**, et al. <br><br> Defendants. | Case No. 7:13-CR-15 (HL) |

## ORDER

A hearing on the outstanding motions in this case will be held on Tuesday, October 1, 2013, at 1:30 p.m. in Valdosta. The motions will be heard in this order:

1. Defendant Neri's Motion to Suppress Statements (Doc. 67).
2. Defendant Neri's Motion to Suppress Evidence (Doc. 72).
3. Defendant Neri's Motion to Dismiss Indictment (Doc. 71).
4. Defendant Neri's Motion to Sever Parties (Doc. 68).
5. Defendant Brooks's Motion to Suppress Statements (Doc. 76).
6. Defendant Brooks's Motion to Suppress Illegally Seized Evidence (Doc. 74).
7. Defendant Brooks's Motion to Dismiss Indictment (Doc. 78).
8. Defendant Brooks's Motion to Sever Parties (Doc. 77).
9. Defendant Koonce's Motion to Suppress Statements (Doc. 85).
10. Defendant Koonce's Motion to Suppress Illegally Seized Evidence (Doc. 84).

The Government is ordered to file responses—cumulative responses are welcomed—to the following motions no later than September 13, 2013:

1. Defendant Neri's Motion to Suppress Statements (Doc. 67).

2. Defendant Neri's Motion to Sever Parties (Doc. 68).

3. Defendant Brooks's Motion to Suppress Statements (Doc. 76).

4. Defendant Brooks's Motion to Sever Parties (Doc. 77).

5. Defendant Koonce's Motion to Suppress Statements (Doc. 85).

**SO ORDERED**, this the 4th day of September, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr