# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **KEITH V. BROOKS, et al.**, <br><br> Defendants. | Case No. 7:13-CR-15 (HL) |

## ORDER

Before the Court are various motions to suppress evidence filed by Defendants Keith Brooks, Craig Koonce, and Eric Neri. As the Court orally directed at the motions hearing on Tuesday, October 1, 2013, the Government and the Defendants are ordered to file briefs on these motions no later than October 16, 2013.

**SO ORDERED**, this the 3rd day of October, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr